1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CORNELIUS JOSEPH O'LEARY, M.D.,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA, et al.,

        Defendants.

2:12-CV-215 JCM (GWF)

**ORDER**

    Presently before the court are the report and recommendation of Magistrate Judge George W. Foley (doc. #2) dismissing plaintiff's complaint (doc. #1-1).   Plaintiff has not filed any objections.

    Reviewing the magistrate judge's report, this court agrees that plaintiff's allegations (requesting a $10 billion award for personal injury) that the federal government has initiated a process of social engineering, harassment, and intimidation resulting in several attempts by federal agents to murder plaintiff are "fantastic, delusional and irrational."

    Accordingly,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Foley's recommendation (doc. #2) is adopted in its entirety.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1     IT IS THEREFORE ORDERED, that plaintiff's complaint (doc. #1-1), be, and the same

2   hereby is, DISMISSED.

3        DATED April 18, 2012.

4

5   _____

6   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28