# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CORNELIUS JOSEPH O'LEARY, M.D.,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA, et al.,

    Defendants.

2:12-CV-215 JCM (GWF)

## ORDER

Presently before the court is plaintiff Cornelius Joseph O'Leary Jr.'s motion to reopen his case. Doc. #11. Defendants have not responded.

On April 18, 2012, this court adopted the recommendation of Magistrate Judge George Foley and dismissed O'Leary's complaint finding that his allegations of social engineering and threats by federal agents to murder plaintiff were "fantastic, delusional and irrational." Doc. #5. On May 24, 2012, plaintiff filed the instant motion, requesting that the court reopen his case.

The motion pleads with the court to reopen the case in light of plaintiff's suffering at the hands of the Department of Justice of nearly 10 years. Mot. 1:23-24. While the court is sympathetic to plaintiff's plight, there are no grounds upon which to reopen this case. Plaintiff has failed to state a proper claim, and has failed to persuade this court that there are any grounds for reconsideration.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to reopen case (doc. #11) be, and the same hereby is, DENIED.

DATED June 26, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -